UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

Eastern District of Kentucky
F I L E D

FEB 0 2 2007

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Action No. 5:06-CR-71-JMH |
| v. | ) | |
| JAMES CLIFTON BARNETT, | ) | **VERDICT** |
| Defendant. | ) | |

\*\*    \*\*    \*\*    \*\*    \*\*

We, the jury, find the defendant, JAMES CLIFTON BARNETT, as to:
COUNT 1    GUILTY __X__         NOT GUILTY _____

We, the jury, find the defendant, JAMES CLIFTON BARNETT, as to:
COUNT 5    GUILTY __X__         NOT GUILTY _____

We, the jury, find the defendant, JAMES CLIFTON BARNETT, as to:
COUNT 6    GUILTY __X__         NOT GUILTY _____

We, the jury, find the defendant, JAMES CLIFTON BARNETT, as to:
COUNT 7    GUILTY __X__         NOT GUILTY _____

We, the jury, find the defendant, JAMES CLIFTON BARNETT, as to:
COUNT 8    GUILTY __X__         NOT GUILTY _____

1/29/2007
DATE

FOREPERSON