UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-SENTENCING

LEXINGTON    Case No.  5:06-cr-71-1-JMH    At LEXINGTON    Date  4/23/07

U.S.A. vs JAMES CLIFTON BARNETT   X present   X custody   ___ bond   ___ OR   AGE_____

DOCKET ENTRY:

Defendant appeared with counsel.  Proceedings held as noted.
This the 23rd day of April, 2007.

PRESENT:
HON. JOSEPH M. HOOD, CHIEF JUDGE

Signed By:
*Joseph M. Hood*
United States District Judge

Finocchiaro       Banta
Deputy Clerk      Court Reporter

Robert M. Duncan, Jr., & Hydee R. Hawkins
Assistant U.S. Attorney

Patrick F. Nash                          X present   ___ retained   X appointed
Counsel for defendant


PROCEEDINGS:       SENTENCING

 X  Objections to Presentence Report.

___ No objections to Presentence Report.

___ The Court Reporter shall transcribe the proceedings of the hearing on the
     objections to the Presentence Report and file it in the record.

___ Transcript shall be deemed as written findings of the Court.

 X  Judgment shall be entered.  (See Judgment & Commitment.)

___ Defendant to remain on conditions of release.

 X  Defendant remanded to custody.


TIC:   25 min.                                    Initials of Deputy Clerk___mbf