# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>V.<br><br>JAMES CLIFTON BARNETT,<br><br>　　Defendant. | CRIMINAL NO. 5:06-71-KKC-CJS-1<br><br><br>**JUDGMENT** |

\*\*\* \*\*\* \*\*\*

In accordance with the order entered on this date, the Court hereby ORDERS and ADJUDGES as follows:

1) the Report and Recommendation (DE 171) is ADOPTED as the Court's opinion;

2) Defendant James Clifton Barnett's motion to vacate (DE 168) under 28 U.S.C. § 2255 is DENIED;

3) a certificate of appealability will not be issued, Barnett having failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); and

4) This matter is DISMISSED and STRICKEN from the Court's active docket.

This 7th day of September, 2023.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY